In the Matter of the Compensation of
Mary A. Price, Claimant.

Mary A. PRICE,
*Petitioner,*

*v.*

NORPAC FOODS, INC.,
*Respondent.*

(91-01526; CA A72855)

837 P2d 564

Edward J. Harri, Eugene, argued the cause for petitioner. With him on the brief were Donald M. Hooton and Malagon, Moore, Johnson, Jensen & Correll, Eugene.

Robert Trethewy, Salem, argued the cause for respondent. With him on the brief was Garrett, Hemann, Robertson, Paulus, Jennings & Comstock, P.C., Salem.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

Affirmed. *Martinez v. Dallas Nursing Home*, 114 Or App 453, 836 P2d 147 (1992).